IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT VANDERPLOEG,          ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CIVIL ACTION |
| vs.                          ) | |
| ) | Case No. 4:20-CV-03223 |
| FESTIVAL PROPERTIES, INC.,   ) | |
| ) | |
| Defendant.    ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
<u>**WITHOUT PREJUDICE**</u>

Plaintiff, ROBERT VANDERPLOEG, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses Defendant, FESTIVAL PROPERTIES, INC., from this action without prejudice.

Respectfully submitted this 6th day of September, 2021.

<u>/s/ Douglas S. Schapiro</u>
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on September 6, 2021 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com